## Questionnaire

1. Name and location of court that entered the sentence that you are asking to reduce:

   _Middle District OF Florida_

2. Date(s) of sentence and judgment of conviction:

   _9-26- 2025_

3. Are you currently in prison for this sentence?

   __✓__ Yes _____No

4. If so, when is your projected date of release? _4/8/2031_

5. Are you currently on supervised release? _____Yes __✓__No

6. Are you currently in prison because you violated your supervised release for the conviction and sentence identified in response to Questions No. 1 and 2?

   _____Yes __✓__No

7. Is your case currently on appeal? __✓__Yes _____No

8. Offense(s) for which you were convicted (all counts):

   _Fraud Access Devices Code: 157_
   _Trafficking in and using unauthorized Access_
   _Devices Code: 18:1029, Fraud Identity theft,_
   _Aggravated Identity theft_

9. In calculating the applicable sentencing guideline range, were you assessed any criminal history points (U.S.S.G. § 4A1.1)?

   _____ Yes _____ No __✓__ Not Sure

9a. **If the answer to Question 9 is "No," check the box for all statements that apply to your conviction and sentence:**

   ☑ I received criminal history points from Chapter Four, Part A;

   ☐ I received an adjustment under § 3A1.4 (Terrorism);

   ☐ I used violence or credible threats of violence in connection with the offense;

   ☐ the offense resulted in death or serious bodily injury;

   ☐ the instant offense of conviction is a sex offense;

   ☑ I personally caused substantial financial hardship;

☐ I possessed, received, purchased, transported, transferred, sold, or otherwise disposed of a firearm or other dangerous weapon (or induced another participant to do so) in connection with the offense;

☐ the instant offense of conviction is covered by § 2H1.1 (Offenses Involving Individual Rights);

☐ I received an adjustment under § 3A1.1 (Hate Crime Motivation or Vulnerable Victim) or § 3A1.5 (Serious Human Rights Offense);

☐ I received an adjustment under § 3B1.1 (Aggravating Role) or was engaged in a continuing criminal enterprise, as defined in 21 U.S.C. § 848; or

☐ none of the statements above applies to my case.

10. **If the answer to Question 9 is "Yes,"** were you assessed criminal history points for being "under any criminal justice sentence, including probation, parole, supervised release, imprisonment, work release, or escape status" at the time of the offense (a.k.a. "status points") (U.S.S.G. § 4A1.1(d))?

_____Yes    _____No    ✓ Not Sure

11. **If the answer to Question 10 is "Yes,"** how many criminal history points were assessed in total, including the "status points"?

___N/A___ Criminal History Points

12. If you were sentenced on or after April 5, 2023, did the Court provide the benefit of the "status points" or "zero-point offenders" amended guidelines at your sentencing hearing prior to the effective date?

_____Yes    _____No    ✓ Not Sure

13. List any good conduct that occurred after your original sentencing hearing or any other mitigating circumstances that you would like the Court to be aware of in deciding whether you should receive a sentence reduction (for example, participating in a drug treatment program, or completing your GED or another degree).

I attend FSA Classes. I have never been in trouble since being at Carswell. My parents are elderly. I have several debilitating illnesses, such as diabetes, which has caused me complications to my leg and foot, also eye issues from being a diabetic. I suffer from thyroid Issues, I'm not being properly treated for these medical issues.

For the reasons stated in this motion, I move the court for a reduction in sentence under 18 U.S.C. § 3582(c)(2) and Amendment 821 to the Federal Sentencing Guidelines. I declare under penalty of perjury that the facts stated in this motion are true and correct.

Respectfully submitted this _April 27,_____, 20_26_.

_Maria Morales_
Signature of Defendant

_Maria Morales_
Printed Name

_34259 511_
BOP No.

_CRW Carswell FMC_
Federal Correctional Institution (if applicable)

_P.O. Box 27137_
Address

_Fort Worth, TX 76127_
City, State & Zip Code