Federal Medical Center Carswell
Maria Morales
34259 511
CCS
P.O. Box 27137
Fort Worth TX 76127

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**®

9589 0710 5270 4100 6758 44

Attn: Clerk of the Court

UNITED STATES OF AMERICA — FOREVER/USA

U.S. Department of Justice
Middle District of Florida
400 North Tampa Street, Suite 3200
Tampa, Florida 33602

RECEIVED

MAY 06 2026

USAO-MDFL-TAMPA



FMC Carswell
P.O. Box 27066
Fort Worth, TX 76127
Mailed:

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. (4)