**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

**PLAINTIFF,**

**V.** **Case No.: 8:24-CR-401-KKM-AEP**

**MARIA MORALES,**

**DEFENDANT.**
_________________________________/

**NOTICE THAT THE FEDERAL DEFENDER'S OFFICE HAS SATISFIED THE REQUIREMENTS IMPOSED BY THE AMENDMENT 821 OMNIBUS ORDER**

The Office of the Federal Defender, by and through undersigned counsel, hereby gives notice that it has satisfied the requirements set forth in this Court's *Omnibus Order In Re: Amendment 821, United States Sentencing Guidelines*, 3:21-mc-1-TJC ("Omnibus Order"), and respectfully notifies this Court that it will not be filing a Motion for Sentence Reduction under Amendment 821 on behalf of Defendant Maria Morales.

1. The Omnibus Order authorizes the Office of the Federal Defender to represent defendants who [were] sentenced in the Middle District of Florida and [are] potentially eligible for a reduced sentence under 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10 because of Amendment 821." Omnibus Order at 1.

*2.* On July 20, 2026, the Court specifically appointed the Federal Defender to represent Maria Morales. Doc. 144.

3. Pursuant to the procedures set forth in the Omnibus Order, U.S. Probation prepares an Amendment 821 Memorandum detailing the eligibility of such defendants to receive a sentence reduction under Amendment 821. *Id.* Upon receipt of Amendment 821 Memorandum, the Federal Defender is required to inform the Court if a conflict prevents the Office from representing the defendant, and in the absence of a conflict, "evaluate the defendant's eligibility for relief under Amendment." *Id.* at 2. If the Office "determines that it will not pursue relief on the defendant's behalf, it shall file a notice advising the court . . . and take any appropriate steps to comply with the applicable rules of professional conduct." *Id.*

4. Undersigned counsel has received Probation's Amendment 821 Memorandum concerning Ms. Maria Morales' eligibility and has no conflict of interest that would prohibit this Office from representing Defendant.

5. However, based on undersigned counsel's thorough and diligent review of the record, including Probation's Amendment 821 Memorandum, Ms. Maria Morales' original presentence investigation report, and the Statement of Reasons, undersigned counsel cannot argue in good faith that Ms. Maria Morales is eligible for a sentence reduction under 18 U.S.C. § 3582(c)(2) and

Amendment 821 of the United States Sentencing Guidelines because, although Ms. Maria Morales was assessed zero criminal history points, he already received a reduction under USSG § 4C1.1 at his original sentencing. Therefore, undersigned counsel will not be filing a Motion for Sentence Reduction under Amendment 821 on behalf of Defendant Maria Morales.

6. The undersigned counsel will provide an explanation of this filing to Ms. Maria Morales prior to terminating representation in this matter.

Accordingly, the Office of the Federal Defender will not be filing a motion for sentence reduction under Amendment 821 on behalf of Defendant Maria Morales.

Respectfully submitted,

Charles L. Pritchard, Jr.
Federal Public Defender
Middle District of Florida

***/s/ James T. Skuthan***
James T. Skuthan
First Assistant Federal Public Defender
Florida Bar No. 0544124
201 South Orange Avenue, Suite 300
Orlando, FL 32801
Tel: 407-648-6338/Fax: 407-648-6095
E-Mail: jim_skuthan@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2026, a copy of the foregoing was filed using the Court's Electronic Case Filing system, which will send notification to the United States Attorney's Office.

*/s/ James T. Skuthan*
James T. Skuthan
First Assistant Federal Public Defender