**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**V.** **CASE NO.: 8:24-CR-401-KKM-AEP**

**MARIA MORALES**
_______________________________________/

**NOTICE OF APPEARANCE RE: AMENDMENT 821**

The Office of the Federal Defender has been appointed by the Court to represent the Defendant, **Maria Morales**, in the above-styled cause, for the purposes of seeking reduction of sentence under Amendment 821.

The Clerk is requested to enter the appearance of Waffa J. Hanania, First Assistant Federal Defender, as counsel for the Defendant. All further notices and correspondence should be directed to Waffa J. Hanania.

CHARLES L. PRITCHARD, JR.
Federal Public Defender
Middle District of Florida

*s/ Waffa J. Hanania*
Waffa J. Hanania, Esq.
First Assistant Federal Defender
Florida Bar No. 888631
200 West Forsyth Street, Suite 1240
Jacksonville, FL 32202
Telephone: (904) 232-3039
Fax: (904) 232-1937
Email: waffa_hanania@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 16, 2026 a copy of the foregoing has been furnished by electronic notification to the Office of the United States Attorney, 300 N. Hogan St, Suite 700, Jacksonville, Florida 32202.

*s/Waffa J. Hanania*
Waffa J. Hanania, Esq.
First Assistant Federal Defender