**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

***Plaintiff*,**

**v.** **Case No. 8:24-CR-401-KKM-AEP**

**MARIA MORALES,**

***Defendant*.**
**____________________________________/**

**MOTION FOR LEAVE TO WITHDRAW**
**BY THE FEDERAL DEFENDER'S OFFICE**

The Federal Defender's Office, by and through undersigned counsel, respectfully requests leave to withdraw from further representation of Defendant Maria Morales based on the following:

1. On October 31, 2023, the *Order Re: Amendment 821 to the United States Sentencing Guidelines* was entered in case number 3:21-mc-1-TJC ("Omnibus Order"). The Omnibus Order authorizes the Federal Defender's Office to represent individuals who might qualify for a reduced term of imprisonment under Amendment 821 or who move *pro se* under Amendment 821. Omnibus Order at Doc. 115.

2. On October 16, 2026, the Federal Defender's Office appeared in this case to represent Mr. Morales in connection with Amendment 821 to the United States Sentencing Guidelines. Doc 147.

3. A Notice that the Federal Defender's Office has complied with the requirements of the Omnibus Order. Doc 146.

4. Pursuant to Local Rule 2.02(c), the Federal Defender's Office has given 14 days' notice to the interested parties.

Accordingly, the Federal Defender's Office respectfully requests that this Honorable Court grant this motion, and discharge the Federal Defender's Office from further representation of Defendant for relief under Amendment 821 to the United States Sentencing Guidelines.

CHARLES L. PRITCHARD, JR.
Federal Public Defender
Middle District of Florida

*s/ Waffa J. Hanania*
Waffa J. Hanania, Esq.
First Assistant Federal Defender
Florida Bar No. 888631
200 West Forsyth Street, Suite 1240
Jacksonville, FL 32202
Telephone: (904) 232-3039
Fax: (904) 232-1937

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the Office of the United States Attorney.

*s/Waffa J. Hanania*
Waffa J. Hanania, Esq.
First Assistant Federal Defender